UNITED STATES DISTRICT COURT     **CLOSED**

DISTRICT OF NEW JERSEY

NEWARK, NEW JERSEY

SUSAN LASK                     :

                                          Civil   04cv4020 (DRD)

v.                             :

DAVIS, SAPERSTEIN &            :
SALOMON, PC, et al

It has been reported to the Court that the above entitled action has been settled;

It is on this 13th day of June 2005,

O R D E R E D that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

                                                  _____

                                                  DICKINSON R. DEBEVOISE
                                                  United States District Judge