UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SUSAN LASK,

    Plaintiff,

v.

DAVIS, SAPERSTEIN & SALOMON, P.C.;
SAMUEL L. DAVIS; LUIS A. BARRETO; and LUIS
A. BARRETO, LLC,

    Defendants.

CIVIL ACTION NO. 04-4020
(DRD)

ORDER

The parties having failed to reach a settlement, it is on this 10th day of August, 2005, hereby ORDERED that this action is restored to the active calendar.

_____
Dickinson R. Debevoise, U.S.S.D.J.