UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUSAN LASK, | Honorable Dickinson R. Debevoise |
| | U.S. Senior District Judge |
| Plaintiff | |
| -v- | |
| DAVIS, SAPERSTEIN & SALOMON, PC; | Civil Action No. 04-4020 |
| SAMUEL L. DAVIS; LUIS A. BARRETO | |
| & LUIS A. BARRETTO, LLC, | |
| Defendants | |
| | O R D E R |

Defendants, Davis, Saperstein & Salomon, P.C., Samuel L. Davis, Luis A. Barreto, and Luis A. Barretto, LLC having moved for an order enforcing a settlement in this case and an order sealing or striking the pleadings; and plaintiff, Susan Lask, having cross-moved to strike references in defendants' moving papers to state court proceedings; and plaintiff having further cross-moved to strike defendants' motions to seal, to strike certain factual allegations, legal arguments and hearsay statements in defendant Davis's certification and to sanction and/or censure defendant Davis; and the Court having set forth its reasons on the record,

It is on this 14th day of November, 2005 ORDERED as follows:

1. The parties settled this action in the Spring of 2004 on the following terms: i) the parties shall exchange general releases; ii) the parties agree not to disparage each other; iii) defendants shall pay the sum of $3,000 to plaintiff;

2. Sealing of pleadings in this federal court and state court action was not part of the settlement agreement and in any event, in the case of the federal pleadings, it would have been beyond the power of the parties to agree to seal them;

3. The parties are directed to comply with the terms of the settlement agreement;

4. Defendants' motion to seal or strike the pleadings is dismissed;

5. Plaintiffs' cross-motions are dismissed in their entirety.

_____
DICKINSON R. DEBEVOISE
United States Senior District Judge